UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 03 CR 90 |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| JUAN JUAREZ | ) | |

**GOVERNMENT'S SENTENCING POSITION PAPER**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits this sentencing position paper with respect to defendant Juan Juarez. The government has previously submitted a government's version, which exhaustively set forth the facts and circumstances of the offense, as well as defendant's role in the offense. This position paper is submitted to supplement the government's anticipated argument at the upcoming sentencing.

I.   Each of the Factors Required to be Considered by the Court under 18 U.S.C. § 3553(a) Require a Life Sentence.

In imposing a sentence, the Court is required to consider the factors set forth in § 3553(a), including, among other things: (1) the nature and circumstances of the offense; (2) the history and characteristics of the defendant; (3) the need for the sentence imposed (a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense, (b) to afford adequate deterrence to criminal conduct, and (c) to protect the public from further crimes of the defendant; (4) the sentencing range set forth in the advisory guidelines; and (5) the need to avoid unwarranted sentencing disparities among the defendants. Each of these factors compels a life sentence for defendant Juarez.

   1.   Nature and circumstances of the offense

The nature and circumstances of the instant offenses could not weigh more heavily in favor of a life sentence. As more fully set forth in the government's version of the offense and as proven at trial, the defendants, as members of the Insane Deuces street gang, committed 4 murders, 11 attempted murders, 2 conspiracies to commit murder, countless weapons offenses, and substantial drug trafficking in 2002 alone. The murder and mayhem, however, was not confined just to 2002. Over the life of the conspiracy, which spanned from late 1994 to 2006, the defendants were responsible for countless murders, attempted murders, weapons offenses, and drug trafficking throughout northern Illinois, including in Chicago, Aurora, and Elgin.

Indeed, the defendants were members of a gang which had as its guiding principle the murder and destruction of rival gang members. This guiding principle was perhaps best summarized by defendant Arturo Barbosa at the July 5, 2002 recorded gang meeting, when he stated: "no ifs, ands, or buts. You see a flizzy, you do his ass, plain and simple."

The goal of the Insane Deuces was nothing short of taking control of Aurora, Illinois. As defendant Salazar stated at the July 5, 2002 recorded gang meeting: "We could take this motha fucka town. I'm tellin' you, we got close to 40 motha fuckin' kids, man. They just don't know where to go."

If the gang's guiding principle of murder were not disturbing enough, the evidence further showed that, in attempting to take control of Aurora, the defendants were callously indifferent as to whether the individuals they killed and attempted to kill were actually rival gang members. To the Insane Deuces, if you were young and Hispanic, or young and black, and the Insane Deuces did not know you, that was reason enough to kill you, because you were a threat to their growth and plans for Aurora. As defendant Salazar explained at the July 5, 2002 gang

meeting: "For all these new niggas to grow up, that's, if one, if you King Killer, and you wanta be somethin', you gonna turn the motha fucka what? Duece. Why you gonna give 'em the option?" In explaining why a rival gang was a threat to the Insane Deuces, defendant Salazar further stated: "They're a threat because they're a threat to our growth, our growth, because all them neutron kids growin' up, they're givin' them another option to turn to somethin' else ... They should only have one choice ... Either if you gonna be that side ... you gonna be on this side, you ain't got but one choice. Turn Deuce. They stuntin' our growth." To the Insane Deuces, the children of Aurora had only 1 choice to make growing up: turn Deuce or die.

The gang's reaction to their murder of David Lazcano on August 11, 2002, underscores the cold indifference of the Insane Deuces to human life. As the Court will recall, David Lazcano was not a gang member. Instead, David Lazcano belonged to the "Royal Individuals," which was a club dedicated to restoring low-rider cars and bicycles. When the Royal Individuals finished restoring a car or bicycle, they would put a plaque on it with their motto – "Cruise Away from Crime." The Royal Individuals would then take the restored cars and bicycles to shows, where they would talk to young people about the dangers of drugs and gangs.

Upon learning that David Lazcano was not a gang member, defendant Juarez explained to defendant Delatorre that they sometimes would kill non-gang members, indifferently stating, "Sometimes shit happens like that." Defendant Delatorre perhaps summed up the indifference of the Insane Deuces best when he stated, "Fuck that stud. He's guilty by association."

Of course, David Lazcano was guilty of nothing, other than being a 17-year-old boy trying to live his life and stay out of trouble. Unfortunately, the Insane Deuces and these defendants had no respect or use for individuals such as David Lazcano. In the end, David

3

Lazcano was murdered because he was young and Hispanic and driving north on Union Street in Aurora, about to cross into "King hood." Because defendants Guzman and Delatorre did not recognize David Lazcano, they did what Deuces do, they assumed he was a rival gang member and murdered him in cold blood.

Although tragic standing alone the murder of David Lazcano is not the only example of a life ended much too early, or a life forever altered, by the defendants and their actions. Robert Perez was murdered inside his home, while playing video games with friends, the unintended victim of an attempt to kill a Latin King gang member. David Morales was gunned down by the Insane Deuces a little after 7 a.m. as he waited to for a ride to go look for a job. Erbell Valdez was just 15 years old when he was murdered while walking down the street on a Sunday afternoon. Fourteen-year-old Mario Gomez took the last steps he will ever take as he played with his brother and friends outside their family house; Mario was shot and is now paralyzed from the chest down because he was young, Hispanic, and not recognized by the Insane Deuces.

    2.    <u>History and characteristics of the defendant</u>

Defendant Juarez is a life long member of the Insane Deuces, having worked his way up the ranks from Shorty, to Junior, to the fourth highest position in the overall gang, holding the position of "Regional Seat," responsible for overseeing the gang's operations in Aurora and Elgin. A short review of defendant Juarez's actions throughout his gang life demonstrate that he has earned a life sentence.

As a younger member of the gang in the mid-1990s, he held the position of First Seat Shorty. In that capacity, he sent Shorties, like Orlando Rivera at the time, out on missions to kill rival gang members and enforced discipline by beating Shorties who were unsuccessful on their

4

missions. Along the way, defendant Juarez was convicted of multiple gang-related felonies, including a 1992 conviction for aggravated battery with a firearm and a 1996 conviction for unlawful use of a weapon by a felon.

Defendant Juarez was also one of the main drug traffickers for the Insane Deuces. In that role, defendant Juarez was critical to the success of the gang, providing drugs for other gang members to sell and providing additional profits to the gang to purchase firearms and to bond other gang members out of jail. As defendant Juarez explained at the July 5, 2002 gang meeting, he and the other top gang leaders and drug dealers, including defendant Salazar, "ain't just paying dues. We're (unintelligible) we're buyin' straps ... We're bondin' niggas out ... We're out here feeding these niggas every motha fuckin' day." Both those actions were integral to the success of the Insane Deuces, which required firearms to commit their "missions" and needed as many gang members out on the street as possible to commit their "missions."

As the Regional Seat, defendant Juarez was part of the Main Table, which was the primary governing body of the overall gang, consisting of defendant Benabe, defendant Juarez, and the governors and lieutenant governors from the various gang factions (including defendant Salazar). Among other things, the Main Table was responsible for rolling back the Seniors to Juniors. By rolling the Seniors back to Juniors throughout the gang, and particularly in Aurora, defendant Juarez and the other gang leaders ensured that there were enough older gang members to assist the other Juniors in teaching or "guiding" the younger gang members on their duties and responsibilities as gang members. As previously noted, the primary duty and responsibility of the Shorties was to murder rival gang members. In effect, therefore, defendant Juarez and the

5

other top gang leaders, including defendants Benabe and Salazar, used the children of Aurora to kill the children of Aurora.

Tragically, defendant Juarez's actions were successful, resulting in multiple murders, attempted murders, witness intimidation, and drug dealing by the gang members whom he led. It is no stretch to conclude that defendant Juarez and the other top gang leaders, including defendants Benabe and Salazar, used the children of Aurora to murder the children of Aurora. He should be sentenced to life imprisonment.

> 3. <u>The need for the sentence imposed (a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense, (b) to afford adequate deterrence to criminal conduct, and (c) to protect the public from further crimes of the defendant.</u>

These factors also require a life sentence. As detailed above and throughout the government's filings in this case, there are few, if any, more serious offenses than this one, which involved organized and systematic killings. In committing these crimes, the defendants have repeatedly demonstrated that they have no respect for the law or human life. Life imprisonment is necessary to provide just punishment.

With respect to deterrence, no sentence less than life imprisonment is going to deter future criminal conduct by this defendant. Defendant Juarez is a leader of a gang that has as its guiding principle murder. A term of years is not going to deter this defendant or any member of the Insane Deuces. Indeed, having served time in prison is a badge of honor in the Insane Deuces, earning a member respect for the "time" he does on behalf of the organization. As the evidence in this case further proved, when a member is released from prison, he expects to receive the respect he has perversely earned within this organization.

A life sentence will also act as general deterrence, sending a message to the young people throughout this judicial district that, if you join a gang, where murder, gun trafficking, and drug dealing are part of the agreement, you forfeit your right to live in a free society as soon as you are caught. You forfeit that right not for a few years, but for the rest of your life.

Most importantly, a life sentence is necessary to protect the public from further crimes of the defendant. Simply put, every day that defendant Juarez spends in jail, the world will be a safer place. More specifically, every day this defendant spends in jail, the children of Aurora will be safer on their streets, on their bikes, playing outside, and in their schools.

    4.    <u>The Sentencing Guidelines</u>

The Sentencing Guidelines also weigh heavily in favor of a life sentence. As detailed in the various presentence reports, the Guideline range for each defendant is LIFE imprisonment. A brief look at the underlying base offense levels further confirms that life imprisonment is appropriate. As detailed in the PSR, the adjusted base offense level for defendant Benabe was 54, which is a staggering 11 levels beyond the end of the sentencing guideline grid, which ends at level 43.

    5.    <u>The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct</u>

This factor also requires a life sentence be imposed against defendant Juarez. As the various PSRs conclude, each of the defendants in this case has a guideline range of life imprisonment. Given the facts of this case, a life sentence is appropriate for all of the defendants based on their extended involvement in an organization responsible for multiple murders, attempted murders, conspiracies to commit murder, firearms trafficking, and drug trafficking.

7

A life sentence against defendant Juarez is also appropriate when you consider the sentences facing two of the Shorty gang members in this case – defendant Delatorre and defendant Guzman. Both Delatorre and Guzman are facing statutory mandatory life sentences based on their convictions for murder under 18 U.S.C. § 1959. Defendant Delatorre was convicted of 3 murders under § 1959; defendant Guzman was convicted of 1 murder under § 1959.

Defendant Juarez was found responsible for each of those murders by the jury in the second phase of the trial with respect to the RICO conspiracy charge. While a conviction for RICO conspiracy does not carry a mandatory life sentence, there is no justifiable reason not to impose the same sentence on defendant Juarez that defendants Delatorre and Guzman are required to receive. In fact, it would be manifestly unjust to impose a lesser sentence on defendant Juarez, who, as a gang leader, was responsible for creating, maintaining and enforcing the gang's rules and regulations, which recruited the children of Aurora into the Insane Deuces, taught them how to kill, provided them weapons to kill, and then sent them out with a general order to kill any rival gang member on sight. To be sure, defendants Delatorre and Guzman embraced those orders and were two of the most ruthless killers within the Insane Deuces.

However, defendant Juarez and the other gang leaders are equally, if not more, legally and morally responsible for those murders. He should be sentenced accordingly.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

          /s/ Patrick C. Pope
        Patrick C. Pope
        Christopher P. Hotaling
        Meghan C. Morrissey
        Assistant United States Attorneys
        312-353-1980

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

## GOVERNMENT'S SENTENCING POSITION PAPER

was served on December 15, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        /s/ Patrick Pope
Patrick Pope
Assistant United States Attorney
(312) 353-1980