```
```

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA,     )  No. 03 CR 90
                              )
              Plaintiff,      )  Chicago, Illinois
                              )  June 28, 2006
                              )  9:30 o'clock a.m.
     -vs-                     )
                              )
                              )
FERNANDO DELATORRE, et al.    )
                              )
              Defendants.     )


              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE RUBEN CASTILLO

APPEARANCES:

For the Plaintiff:        HON. PATRICK J. FITZGERALD
                          UNITED STATES ATTORNEYS OFFICE, by
                          MR. PATRICK C. POPE
                          219 South Dearborn Street
                          Suite 500
                          Chicago Illinois 60604

For Defendant Delatorre:  Chicago-Kent College of Law
                          Illinois Institute of Technology
                          565 West Adams Street, Suite 600
                          Chicago Illinois 60661
                          BY:  MR. RICHARD S. KLING

For Defendant Benabe:     MR. JOHN M. BEAL
                          53 West Jackson Boulevard
                          Suite 1108
                          Chicago Illinois 60604
                                   and
                          MS. SUSAN A. SHATZ
                          407 South Dearborn Street
                          Suite 1675
                          Chicago, Illinois 60605

For Defendant Salazar:    HUGHES SOCOL PIERS RESNICK DYM LTD.
                          70 West Madison Street, Suite 4000
                          Chicago Illinios 60602
                          BY:  MS. MARY M. ROWLAND
```

```
 1   APPEARANCES:  (Continued)

 2   For Defendant Morales:    NORTH & SEDGWICK L.L.C.
                               500 South Clinton, Suite 132
 3                             Chicago Illinois 60607
                               BY:  MR. PAUL CAMARENA
 4
     For Defendant Barbosa:    DONALD V. YOUNG & ASSOCIATES
 5                             20 North Clark Street, Suite 2800
                               Chicago, Illinois 60603
 6                             BY:  MR. DONALD V. YOUNG

 7   For Defendant Crowder:    MR. THOMAS C. BRANDSTRADER
                               53 West Jackson Boulevard, Suite 615
 8                             Chicago, Illinois 60604
                               BY:  MR. THOMAS C. BRANDSTRADER
 9
     For Defendant Rodriguez:  MR. MARK J. KUSATZKY
10                             181 Waukegan Road, Suite 306
                               Northfield, Illinois 60093
11
     For Defendant Perez:      MR. HERBERT HILL
12                             31 West Downer Place
                               Aurora, Illinois 60506
13
     For Defendant Handley:    MR. CHARLES J. ARON
14                             19 West Jackson Boulevard, Suite 212
                               Chicago, Illinois 60604
15
     For Defendant Guzman:     MR. JOHN T. THEIS
16                             29 South LaSalle Street, Suite 220
                               Chicago, Illinois 60603
17
     For Defendant Horton:     MR. WILLIAM O. WALTERS
18                             209 Neil Avenue
                               Mt. Prospect, Illinois 60056
19
     For Defendant Susinka:    MR. JACK P. RIMLAND
20                             MR. STEVEN M. WAGNER
                               800 West Jackson Boulevard
21                             Chicago, Illinois 60607

22

23   COURT REPORTER:           ROSEMARY SCARPELLI
                               219 South Dearborn Street
24                             Room 1412
                               Chicago, Illinois 60604
25                             (312)435-5815
```

1    THE CLERK:  03 CR 90, United States versus
2 Delatorre, Salazar, Crowder, Guzman, Horton, Barbosa and
3 Perez.
4    THE COURT:  Good morning.
5    MR. POPE:  Good morning, your Honor, Patrick Pope
6 and John Blakey on behalf of the United States.
7    MR. BLAKEY:  Good morning, your Honor.
8    MR. KLING:  Good morning, Judge, for the record my
9 name is Richard Kling.  I represent Mr. Delatorre who is
10 sitting in the jury box.
11    MR. WALTERS:  Good morning, your Honor, William
12 Walters on behalf of Akeem Horton who is present.
13    MR. BRANDSTRADER:  Thomas Brandstrader,
14 B-R-A-N-D-S-T-R-A-D-E-R, for Mr. Crowder who is present.
15    MR. THEIS:  Good morning, your Honor, John Theis,
16 T-H-E-I-S, your Honor.  I represent Christian Guzman.
17 Mr. Clarke also does.  He was called out of town.  His mother
18 had some surgery, so he is unavailable.
19    THE COURT:  Thank you for standing in.
20    MR. HILL:  Herbert Hill on behalf of Steven Perez.
21    MS. ROWLAND:  Good morning, Judge, Mary Rowland on
22 behalf of Julian Salazar who is present.  Co-counsel in the
23 case is Scott Frankel who is in State Court.
24    MR. YOUNG:  Good morning, Judge, Donald Young on
25 behalf of Mr. Barbosa who is also present.

1   MR. BEAL: Good morning, your Honor, John Beal on
2   behalf of Bolivar Benabe who is not present in court.
3   MS. SHATZ: Susan Shatz on behalf of Mr. Benabe.
4   THE COURT: I know there are medical issues, and
5   that explains why certain defendants were not brought over,
6   that are affecting the MCC. This matter is really called for
7   a status.
8   Since our last status I entered a memorandum
9   opinion with respect to discovery. That was entered, I
10  think, on June 9th. And the Government has filed a motion
11  for reconsideration. Do the defendants wish to brief the
12  motion? That is the question I have.
13  MR. BEAL: Well, we are certainly prepared to brief
14  the motion, Judge.
15  THE COURT: I think we should brief it on an
16  expedited basis.
17  MR. BEAL: All right.
18  THE COURT: That would be my recommendation. So
19  can the defendants submit whatever they want to submit in
20  14 days?
21  MR. BEAL: Yes, your Honor.
22  THE COURT: Can you do that?
23  MR. BEAL: Yes.
24  THE COURT: And then I will take the Government's
25  reply in seven days. And I intend to issue a ruling directly

1 thereafter. So 14 and seven for the motion to reconsider.
2 Is there anything else we need to talk about at
3 this point?
4 MR. POPE: Yes, your Honor. With respect to the
5 motion to reconsider, we have -- we indicated that we would
6 begin the process with respect to the Grand Jury transcripts
7 and the agent's summary testimony and with respect to the
8 audio and videotapes of civilian witnesses.
9 THE COURT: Okay.
10 MR. POPE: We have draft transcripts of those
11 recordings done. They were done by staff in our office.
12 They now -- your Honor is aware of the process we need to go
13 through to get quality transcripts and that is what I -- we
14 intend to turn over to the defendants. So we will do that.
15 We do believe that we need that time period set forth in our
16 motion to reconsider, but we do plan on providing those --
17 THE COURT: Okay.
18 MR. POPE: -- under that scenario. And we have
19 begun the process of doing that.
20 THE COURT: Okay.
21 MR. POPE: There are -- with respect to the -- the
22 dates that your Honor has given in light of the motion to
23 reconsider, I assume that we don't need to comply by Friday,
24 although we will be turning over much of the material
25 indicated in your Honor's order --

1   THE COURT:  Okay.

2   MR. POPE:  -- by Friday or sometime next week.

3   THE COURT:  Okay.  So that we have these dates in
4   mind, the defendants' joint brief -- and I would recommend
5   that to the extent possible a joint brief be filed with you.
6   If it can't be, so be it.  That would be July 12th, the
7   response to the motion to reconsider.  The Government's reply
8   brief would be July 19th.  And I would appreciate it if in
9   the Government's reply you tell me all that you have turned
10  over and all that you would like me to reconsider.  That is
11  so that I know exactly what is the issue at that point.

12  And then I am going to set this matter for a status
13  on August 2nd.  And August 2nd will be a potential ruling on
14  the motion to reconsider so that we can get this done,
15  because it is my view that this is affecting the forward
16  progress of this case at this point.  And I will certainly
17  exclude time under the Speedy Trial Act in view of the
18  pending motions and the complexity of this case.

19  MR. POPE:  And, your Honor, also for the record one
20  counsel was recently appointed.  Certainly it is also under
21  the continuity of counsel as well.

22  THE COURT:  Okay.  I will do that too.

23  MR. POPE:  Your Honor, with respect to some of the
24  discovery that the Government is trying to put together, this
25  relates to expert disclosures which I -- we are trying to put

1  together.

2  THE COURT: Okay.

3  MR. POPE: The Illinois State Police laboratory
4  tested a lot of drugs in this case. They are reluctant, to
5  say the least, to turn over their notes of their chemist
6  without a -- either a subpoena or a court order. They -- it
7  is their policy further that when they get a subpoena from
8  the Government, they then issue them all to defense counsel
9  as well.

10  What I would propose is that I submit a proposed
11  order to you directing them to turn it over and a list of
12  cases directing you -- directing them just to turn it over to
13  us. We will then scan those notes in and are in the process
14  of organizing all of expert discovery -- or the CVs -- or the
15  resumes and so forth. We will scan that in and turn it over
16  in a very, you know, easy, organized fashion to defense
17  counsel. That would be our proposal on that.

18  And also that we have the early return of trial
19  subpoenas so that we can get -- serve subpoenas on the
20  treating physicians for both murders in this case and the
21  attempted murders in this case where someone was actually
22  struck so that we can get all of that material. And the
23  doctors, understandably, are reluctant to do that because of
24  confidentiality concerns without a court subpoena. Those are
25  the only two things we would request early return on at this

1  point. When we get that, we will organize it and turn it
2  over.
3              THE COURT: Okay. Anybody else have any comments?
4              Then that is what I am going to do.
5              I will tell you right now there is a possibility,
6  depending on my schedule, that I might continue that date,
7  but it is too early to tell. Let me see how the briefs come
8  in and then I will be able to tell you.
9              Thank you very much.
10             MR. KLING: Thank you, Judge.
11             MR. WALTERS: Your Honor, in regards to
12 Mr. Horton --
13             THE COURT: Yes?
14             MR. WALTERS: We need to have him arraigned.
15             THE COURT: Sure.
16             MR. POPE: Judge, yes, there were -- just for the
17 record, there were three defendants last time who were not
18 arraigned.
19             THE COURT: Okay.
20             MR. POPE: Mr. Horton, Mr. Hernandez,
21 Mr. Rodriguez. The only defendant in the courtroom that that
22 applies to right now is Mr. Horton.
23             THE COURT: Okay.
24             MR. WALTERS: Again, for the record, my name is
25 William Walters. On behalf of Mr. Horton, myself and

```
 1   Mr. Shobat who is co-counsel, we will waive formal reading of
 2   the indictment and enter a plea of not guilty to all the
 3   charges for Mr. Horton.
 4           THE COURT:  Okay.  And we will enter the plea of
 5   not guilty to the second superseding indictment.
 6           Thank you.
 7           MR. WALTERS:  Thank you.
 8           MR. POPE:  Thank you, Judge.
 9           THE COURT:  Thank you.
10      (Named defendants excused, case recalled as follows:)
11           THE CLERK:  03 C 90, United States versus Morales,
12   Rodriguez and Handley.
13           MR. POPE:  Good morning, Judge.
14           THE COURT:  Good morning.
15           MR. POPE:  Patrick Pope and John Blakey on behalf
16   of the United States.
17           MR. BLAKEY:  Good morning again, your Honor.
18           MR. RIMLAND:  Good morning, your Honor, Jack
19   Rimland and Steven Wagner.  We are here on behalf of
20   Mr. Susinka --
21           MR. WAGNER:  Good morning.
22           MR. RIMLAND:  -- who is not present in court and was
23   not called in the first group.
24           THE COURT:  Okay.
25           MR. CAMARENA:  Good morning, your Honor, Paul
```

```
1    Camarena on behalf of Mariano Morales who is also present
2    before the bench.
3            MR. KUSATZKY:  MarK, Kusatzky, K-U-S-A-T-K-Y, on
4    behalf of Miguel Rodriquez who is present in custody.
5            THE COURT:  Okay.
6            MR. ARON:  Good morning, your Honor, Charles Aron,
7    A-R-O-N.  I was contacted by the Federal Defender's office
8    for the purpose of representing Mr. Handley.  I have
9    submitted the CJA 21.
10           THE COURT:  And I will appoint you as nunc pro tunc
11   date of 6/19/06.
12           MR. ARON:  Thank you.
13           I would ask leave to file my appearance instanter.
14           THE COURT:  Granted.
15           As I understand, these are the remaining defendants
16   in 03 CR 90 that are available and not affected by the
17   medical conditions at the MCC.  We have set a briefing
18   schedule on the Government's motion to reconsider my
19   discovery opinion.  And the briefing schedule basically gives
20   the Government two weeks, the defense one week thereafter
21   to respond --
22           MR. POPE:  Judge, it is the other way around.
23           THE COURT:  Okay.
24           MR. POPE:  Sorry.
25           THE COURT:  So the dates are -- why don't you put
```

```
 1   them into the record then.
 2           THE CLERK:  It's -- defendants' joint response is
 3   due July 12th.  Government's reply is due July 19.
 4           THE COURT:  There you go.
 5           And then we had set a status date of August 2nd.
 6   That is a tentative status date subject to the Court's
 7   availability, so it could be changed.  But I will let you
 8   know.
 9           In the meantime do we have any defendants here
10   present that need to be arraigned?
11           MR. KUSATZKY:  Yes, your Honor, Mr. Rodriguez needs
12   to be arraigned.
13           THE COURT:  Okay.
14           MR. KUSATZKY:  He was not arraigned last time.  He
15   wanted me to specifically mention to the Court that he did
16   not refuse to come over last time, if there was some
17   confusion with regards to that.
18           THE COURT:  Okay.
19           MR. KUSATZKY:  In regards fo the matter,
20   acknowledge receipt of the superseding indictment, waive
21   reading of it and enter a formal plea of not guilty to its
22   contents.
23           THE COURT:  Okay.  We will enter a plea of not
24   guilty as to all charges on behalf of Mr. Rodriguez.
25           MR. KUSATZKY:  Thank you.
```

1  MR. POPE: Judge, just for the record for defense
2  counsel who weren't here earlier, in addition you have
3  authorized early return of trial subpoenas on those two
4  limited grounds for the Government with respect to the drug
5  lab reports with ISP and the treating physician on the
6  violent acts in this case. One of those might be a proposed
7  order.
8  In addition, the -- one remaining defendant who
9  needs to be arraigned on the second superseding indictment is
10 Brian Hernandez. I don't know if your Honor wants to wait
11 until the next status to do that or bring him over separately
12 once the medical issues at the MCC are resolved.
13 THE COURT: Okay.
14 MR. POPE: If -- we, obviously, don't have the same
15 logistical problem. If you want me to coordinate that with
16 defense counsel and your clerk, I would be more than happy to
17 do that.
18 THE COURT: Why don't you do that so that we don't
19 set a false date. But as soon as he is available, as soon as
20 he can be brought over -- I will certainly be around most of
21 July, so we can accomplish that.
22 MR. KUSATZKY: Your Honor --
23 THE COURT: Yes?
24 MR. KUSATZKY: -- just so it is clear so my client
25 who -- he is hearing a few things today that -- he is in the

1 second group. The early return of subpoena concerned
2 information that we may not get otherwise from the Illinois
3 State Police Lab in regards to documents to -- for discovery
4 purposes. So that is why those early returns of subpoenas in
5 regards to that, just --
6     THE COURT: Right.
7     MR. KUSATZKY: -- for the record so he knows.
8     Also, your Honor, I know the August 2nd date is
9 tentative. I will be out of the country during that time and
10 will have some other counsel --
11     THE COURT: Okay.
12     MR. KUSATZKY: -- appear for me because that is a
13 court ruling.
14     THE COURT: If it goes that --
15     MR. KUSATZKY: If it goes. I understand it is
16 tentative at best.
17     MR. ARON: Judge, Mr. Meyer filed a motion for
18 severance. I will adopt that motion.
19     THE COURT: Okay. And I have stated it before, but
20 just so the defendants realize it and defense counsel realize
21 it, I will not rule on severance motions until the penalty
22 issue has been fully resolved.
23     MR. POPE: Thank you, Judge.
24     THE COURT: I will see you in August.
25     MR. KUSATZKY: Thank you, your Honor.

1 (Which were all the proceedings heard.)

2 CERTIFICATE

3 I certify that the foregoing is a correct transcript
4 from the record of proceedings in the above-entitled matter.

6 s/Rosemary Scarpelli/          Date: August 18, 2009